JOSEPH BAKSI, Appellant, v. HERMAN WALLMAN, Respondent, and NATHAN WOLFSON, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of JOEL HAFTER, Appellant, against EAGLE FISH CO., INC., et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of the Application of JOEL HAFTER, Appellant, to Set Aside an Election of Directors of EAGLE FISH CO., INC., Respondent. In the Matter of the Application of JOEL HAFTER, Appellant, to Set Aside an Election of Directors of the EMPIRE STATE FISH CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MICHAEL DUDRICK, Appellant, v. ELIZABETH DUDRICK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

LOUIS OSER, Appellant, v. PEARL SCHAPIRO, as Executrix of JACOB SCHAPIRO, Deceased, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of GUILIO GORGA, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority et al., Respondents.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to reverse and grant the application.

AMERICAN MERRI-LEI CORPORATION, Appellant, v. MAITLAND BRENHOUSE, Individually and Doing Business under the Name of MAITLAND BRENHOUSE ASSOCIATES, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WILLIAM BEATUS, INC., Respondent, v. DARLING STORES CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

In the Matter of 1231 SIXTH AVENUE CORPORATION, Appellant. AARON R. WALL et al., Respondents.— Order affirmed with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALICE HARDING, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [18–28 W. 33rd St., 1–13 E. 34th St. and 8–12 E. 34th St., Borough of Manhattan.] — The motion to dismiss the writs for the tax years 1943–44 and 1944–45 was based on alleged noncompliance by relator with a rule of the Tax Commission, requiring an application for correction of assessed valuation of real estate, where signed by a person other than the person aggrieved, to be accompanied by a duly executed power of attorney or proof of authorization sworn to by the agent. We agree with Special Term that the rule is procedural and not jurisdictional. In this case we find that the objection was waived for both years and that for the second year a seasonable correction was made of the defect. Order unanimously affirmed, with $20 costs and disbursements. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.